UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
CHRISTOPHER HIRAM CANO,

                            Plaintiff,          23 Civ. 3733 (LGS)

          -against-                    ORDER

CITY OF NEW YORK, et al.,

                          Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      The Clerk of Court is respectfully directed to mail a copy of the July 10, 2023, Order (Dkt. No. 13) to Plaintiff at the address listed on ECF.

Dated: July 11, 2023
       New York, New York

                                                             LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE