UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER HIRAM CANO,

                  Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                  Defendants.

23-cv-3733 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

No later than **November 20, 2023**, Corporation Counsel is required to file any motion to dismiss the complaint on behalf of the City of New York and any other defendants that it will be representing in this litigation. Christopher Cano shall file her opposition to any motion to dismiss no later than **December 22, 2023.** Corporation Counsel shall file any reply no later than **January 5, 2024**. Corporation Counsel's deadline to identify the unnamed defendants is also extended to November 20, 2023.

In addition, Defendants should conduct a preliminary investigation to determine whether Ms. Cano's properties (as identified in Dkt. 1 at 23–25) can be located. No later than **November 27, 2023**, Corporation Counsel shall file a letter describing what investigation it undertook and whether any of the property was located.

      SO ORDERED.

Dated: October 25, 2023
       New York, New York

                                    ARUN SUBRAMANIAN
                                  United States District Judge