UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER HIRAM CANO,<br><br>                            Plaintiff,<br><br>            -against-<br><br>CITY OF NEW YORK, et al.,<br><br>                            Defendants. | 23-CV-3733 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

       Pursuant to the Court's October 25, 2023 Order, ECF No. 34, Plaintiff Christopher Hiram Cano was required to file any opposition to Defendants' motion to dismiss no later than December 22, 2023. To date, Plaintiff has not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 22, 2024**.

       SO ORDERED.

Dated: December 29, 2023
       New York, New York

                                                 ARUN SUBRAMANIAN
                                                United States District Judge