UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER HIRAM CANO,<br><br>       Plaintiff,<br><br>   -against-<br><br>CITY OF NEW YORK, et al.,<br><br>       Defendants. | 23-CV-3733 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On November 20, 2023, Defendants filed a motion to dismiss. Dkt. 37. Plaintiff Christopher Hiram Cano was required to file any opposition to Defendants' motion no later than December 22, 2023. Dkt. 34. When Cano failed to meet this deadline, the Court *sua sponte* extended the deadline to January 22, 2024. Dkt. 52. Cano has still not submitted any opposition.

As a courtesy, Cano's deadline to oppose Defendants' motion is hereby EXTENDED, *nunc pro tunc*, to February 19, 2024. Failure to file an opposition (or otherwise indicate an intention to proceed with the lawsuit) may result in Defendants' motion being granted as unopposed or in dismissal of the case for abandonment or failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated: January 23, 2024
   New York, New York

                          ARUN SUBRAMANIAN
                          United States District Judge