UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER HIRAM CANO,<br><br>                              Plaintiff,<br><br>          -against-<br><br>CITY OF NEW YORK, et al.,<br><br>                              Defendants. | 23-CV-3733 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Plaintiff Christopher Hiram Cano requested an extension of time to respond to Defendants' motion to dismiss and indicated that she never received a copy of Defendants' motion. Dkt. 54. Plaintiff's request for an extension is hereby GRANTED. Plaintiff should file any opposition no later than **March 15, 2024**.

    The Clerk of Court is directed to mail Plaintiff copies of ECF Nos. 37 and 38.

    SO ORDERED.

Dated: January 26, 2024
       New York, New York

                                            ARUN SUBRAMANIAN
                                           United States District Judge