UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER HIRAM CANO,<br><br>                  Plaintiff,<br><br>    -against-<br><br>CITY OF NEW YORK, et al.,<br><br>                  Defendants. | 23-CV-3733 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff Christopher Hiram Cano wrote to the Court indicating that she never received a copy of Defendants' motion to dismiss. Dkt. 56. Cano's deadline to file any opposition is therefore extended to **May 6, 2024**.

In addition, the Clerk of Court is directed to mail Cano copies of **ECF Nos. 37 and 38**.

SO ORDERED.

Dated: March 21, 2024
      New York, New York

                              ARUN SUBRAMANIAN
                             United States District Judge