UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER HIRAM CANO,<br><br>        Plaintiff,<br><br>    -against-<br><br>CITY OF NEW YORK, et al.,<br><br>        Defendants. | 23-CV-3733 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Plaintiff Christopher Hiram Cano, incarcerated and *pro se*, brought this action against the City of New York and various named and unnamed New York Department of Corrections employees. Cano also brought another case against the City of New York and corrections officers in *Cano v. Chisolm et al.*, 19-cv-1640. The Court stayed that case because of the possibility of a 730 Order in Cano's ongoing criminal case. Dkt. 214.

  Accordingly, no later than **June 24, 2024,** Defendants should file a letter providing an update on the 730 Order in Cano's criminal proceedings and indicating whether there is any reason that this case should be stayed, or alternatively, whether 19-cv-1640 should now be unstayed. Plaintiff is of course invited to provide her views on whether these cases should be stayed as well. If she wishes to, she should file a letter on or before **July 17, 2024**.

SO ORDERED.

Dated: June 18, 2024
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge