UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER HIRAM CANO,<br><br>                Plaintiff,<br><br>    -against-<br><br>CITY OF NEW YORK et al.,<br><br>                Defendants. | 23-CV-3733 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Pursuant to the Court's July 24, 2024 Order, ECF No. 61, Plaintiff was informed that, should she wish to file an amended complaint, she should do so by September 1, 2024. To date, Plaintiff has not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 10, 2024**. If Plaintiff does not file an amended complaint by September 10, 2024, the case will be closed.

    SO ORDERED.

Dated: September 3, 2024
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                    United States District Judge