UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Christopher Hiram Cano, | |
| Plaintiff, | |
| -against- | 23-cv-3733 (AS) |
| City of New York et al., | ORDER |
| Defendants. | |

ARUN SUBRAMANIAN, United States District Judge:

On July 24, 2024, the Court granted defendants' motion to dismiss and informed plaintiff that, should she wish to file an amended complaint, she should do so no later than September 1, 2024. Dkt. 61. Plaintiff did not file an amended complaint, and on September 3, 2024, the Court extended the deadline to September 10, 2024 as a courtesy. Dkt. 62. Plaintiff still has not filed an amended complaint.

The Court extends the deadline, *nunc pro tunc*, one final time to **October 22, 2024**. If plaintiff wishes to file an amended complaint, she must do so by this deadline. **Otherwise, the complaint will be dismissed with prejudice and the case will be closed with no further notice.**

SO ORDERED.

Dated: October 15, 2024
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge