UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christopher Hiram Cano,

                              Plaintiff,

              -against-                                          23-cv-3733 (AS)

City of New York et al.,                                        ORDER

                              Defendants.

ARUN SUBRAMANIAN, United States District Judge:

       On July 24, 2024, the Court granted defendants' motion to dismiss and informed plaintiff
that, should she wish to file an amended complaint, she should do so by September 1, 2024. Dkt.
61. The order clearly stated that if an amended complaint was not filed by that date, the case would
be closed. No amended complaint was filed by September 1, 2024, and the Court *sua sponte*
extended the deadline to file twice: first to September 10, 2024 (Dkt. 62) and then to October 22
(Dkt. 64). In its October 15, 2024 Order, the Court emphasized that without an amended complaint
filed by October 22, 2024, the case would be closed <u>without further notice</u>.

       No amended complaint has been filed despite the Court's repeated *sua sponte* extensions
of the deadline and reminders to plaintiff that failure to file an amended complaint will result in
the case being closed. The Clerk of Court is thus respectfully directed to close the case.

       SO ORDERED.

Dated:  November 4, 2024
        New York, New York

                                        _____
                                        ARUN SUBRAMANIAN
                                        United States District Judge